IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tameka Grays, | : |
| | : Civil Action No.: 2:14-cv-10853-SFC-RSW |
| Plaintiff, | : |
| v. | : |
| Comenity LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 20, 2014

                                                Respectfully submitted,

                                                By   /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                LEMBERG LAW L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By  /s/ Sergei Lemberg
                                                  Sergei Lemberg, Esq.