### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Tameka Grays, | : |
| Plaintiff, | : Civil Action No.: 2:14-cv-10853-SFC-RSW |
| v. | : |
| Comenity LLC, | : **NOTICE OF WITHDRAWAL WITH** |
| Defendant. | : **PREJUDICE** |

NOTICE IS HEREBY GIVEN, by the undersigned, that the above entitled action is voluntary dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to any party as against the other under the terms of a settlement agreement and general release.

Dated: July 14, 2014                    Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.
Attorney for Plaintiff Tameka Grays
LEMBERG LAW, L.L.C.
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (888) 953-6237
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 14, 2014, a true and correct copy of the foregoing Notice of Withdrawal with Prejudice was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Chad V. Echols
The Echols Firm, LLC
115 Oakland Ave., Suite 102 (29730)
P.O. Box 12645
Rock Hill, South Carolina 29731

                                                                */s/ Sergei Lemberg*
                                                                Sergei Lemberg